1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    KEVIN McEACHERN,

11              Petitioner,              No. CIV S-06-2764 MCE CMK P

12        vs.

13    TOM L. CAREY,

14              Respondent.             ORDER

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18    pauperis.

19              Examination of the in forma pauperis affidavit reveals that petitioner is unable to

20    afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is

21    granted.  See 28 U.S.C. § 1915(a).

22              Since petitioner may be entitled to the requested relief if the claimed violation of

23    constitutional rights is proved, respondents will be directed to file an answer.

24    /////

25    /////

26    /////

1

Dockets.Justia.com

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1.  Petitioner's request to proceed in forma pauperis is granted;

3       2.  Respondents are directed to file an answer within sixty days from the date of

4 this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with

5 the answer any and all transcripts or other documents relevant to the determination of the issues

6 presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

7       3.  Petitioner's traverse, if any, is due on or before thirty days from the date

8 respondents' answer is filed;

9       4.  The Clerk of the Court shall serve a copy of this order together with a copy of

10 petitioner's application for writ of habeas corpus on Michael Patrick Farrel, Senior Assistant

11 Attorney General.

12

13 DATED:   December 8, 2006.

14

15                                   _____

16                              CRAIG M. KELLISON
                                UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26