IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN McEACHERN,

        Petitioner,                  No. CIV S-06-2764 MCE CMK P

    vs.

TOM L. CAREY,

        Respondent.

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of petitioner's habeas corpus application and a copy of this order on David M. Porter, Assistant Federal Defender.

        3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of other documents in the file.

1

1    6. The parties shall file status reports on, or before, January 23, 2007. The status
2 reports should address the timing and order of the following matters:
3     a. Discovery and investigations;
4     b. Anticipated motions;
5     c. The need for and timing of an evidentiary hearing;
6     d. Enumeration and resolution of unexhausted claims; and
7     e. Possible future amendments to the pleadings.
8 The parties are advised that failure to timely file a status report may result in sanctions.

10 DATED: December 8, 2006.

                        */s/ Craig M. Kellison*
                        **CRAIG M. KELLISON**
                        UNITED STATES MAGISTRATE JUDGE