1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN McEACHERN,

    Petitioner,                                        No. CIV S-06-2764 MCE CMK P

    vs.

TOM CAREY, et al.,

    Respondents.

_____/         <u>ORDER</u>

        By order filed December 11, 2006, the court appointed counsel for petitioner and directed the parties to file status reports, on or before, January 23, 2007.  The court also filed an order on December 11, 2006 ordering respondents to file a response to the petition within 60 days.

        On December 19, 2006, petitioner filed a status report which, among other things, requests an additional 120 days to obtain and review relevant documents in this matter and to file either a memorandum of points and authorities in support of the existing petition, an amended petition proceeding on exhausted claims only, or a statement identifying both exhausted and unexhausted claims, together with a petition containing only exhausted claims and a request to hold that petition in abeyance while additional claims are exhausted in state court.

///

In light of petitioner's request, the court will grant petitioner an additional 120 days to file such. The court will also vacate the date by which respondent must file a response and order that respondent shall have 45 days from the date that a memorandum of points and authorities is filed in support of the instant petition is filed to file a responsive pleading.

IT IS ORDERED THAT:

1. Petitioner is granted an additional 120 days from the date this order is filed to review relevant documents.

2. At the expiration of the 120 days, petitioner shall file either a memorandum of points and authorities in support of the existing petition, an amended petition proceeding on exhausted claims only, or a statement identifying both exhausted and unexhausted claims, together with a petition containing only exhausted claims and a request to hold that petition in abeyance while additional claims are exhausted in state court.

4. The date for respondents to file a responsive pleading is vacated.

3. Should petitioner file a memorandum of points and authorities in support of the existing petition, respondents are granted 45 days from the date of such to file a responsive pleading. Petitioner shall file a traverse within 30 days from the date that respondent's answer is filed.

DATED: January 24, 2007.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE