IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN MCEACHERN,** | ) No. 2:06-cv-02764-MCE-CMK |
| | ) |
| | ) |
| Petitioner | ) **ORDER GRANTING VOLUNTARY** |
| v. | ) **DISMISSAL OF PETITION UNDER 28** |
| | ) **U.S.C. §2254** |
| **TOM L. CAREY, et al.,** | ) |
| | ) |
| Respondents | ) |
| | ) |
| | ) |
| | ) |

GOOD CAUSE APPEARING that petitioner's voluntary dismissal the petition filed on December 2, 2006 under 28 U.S.C. §2254 is proper, said petition is DISMISSED.

DATED: May 22, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE